UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHLEEN LIEBERMAN AND MARK LIEBERMAN<br>Plaintiffs<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY<br>Defendant | CIVIL ACTION NO.<br><br>4:22-cv-183<br><br><br>(JURY DEMAND) |

## AGREED ORDER OF DISMISSAL

Having found that all matters in controversy between Plaintiffs KATHLEEN LIEBERMAN AND MARK LIEBERMAN and Defendant ALLSTATE INSURANCE COMPANY have been satisfied and settled between said parties,

It is hereby ORDERED that the cause of action of Plaintiffs KATHLEEN LIEBERMAN AND MARK LIEBERMAN against Defendant ALLSTATE INSURANCE COMPANY should be, and hereby are, dismissed with prejudice, with costs of court to be borne by each party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
  **SIGNED this 28th day of November, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE